IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO. 12-51218-CAG |
|---|---|---|
| | § | |
| VOXELOGIX CORPORATION | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## APPLICATION FOR DEPOSIT OF SMALL/UNCLAIMED DIVIDEND

The undersigned trustee reports:

[ ]  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

[XX]  More than ninety (90) days have passed since the distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remains unclaimed.

[ ]  The dividend payable to the creditor listed on Exhibit "A" hereto was returned to the office of the trustee undeliverable as addressed. Trustee has not been able to locate the current addresses of the creditors.

Pursuant to Bankruptcy 3010 and 3011, as applicable, and 11 U.S.C. § 347 (a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:   July 9, 2015               */s/ Jose C. Rodriguez*
                                    Jose C. Rodriguez
                                    State Bar No. 17146450
                                    342 W. Woodlawn, Ste. 103
                                    San Antonio, TX  78212
                                    Telephone: (210) 738-8881
                                    Telefax: (210) 738-8882

                                    **CHAPTER 7 TRUSTEE**

## APPLICATION FOR DEPOSIT OF SMALL/UNCLAIMED DIVIDENDS
## EXHIBIT "A"

| CREDITOR | CLAIM# | AMOUNT ALLOWED | AMOUNT PAID |
|---|---|---|---|
| Deborah J. LittleStar<br>c/o Bingham & Lea, P.C<br>319 Maverick Street<br>San Antonio, Texas 78212 | Administrative Claim allowed Pursuant Terms of the Agreed Order and Stipulation Providing Adequate Protection entered July 06, 2012 (Dkt #48) | $10,000.00 | $3,638.99 |
| | **TOTAL:** | **$10,000.00** | **$3,638.99** |